### MEMORANDUM **

The Clerk shall file the late opposition to the motion for summary disposition received on February 15, 2006.

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied. *See* 8 U.S.C. § 1229c(d); *de Martinez v. Ashcroft,* 374 F.3d 759 (9th Cir.2004).

**PETITION FOR REVIEW DENIED.**

Before: BEEZER, T.G. NELSON and BEA, Circuit Judges.

### MEMORANDUM **

Upon review of the record and appellant's response to this court's February 9, 2006 order to show cause, this court hereby summarily affirms the district court's order remanding the action to state court. *See United States v. Hooton,* 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record).

**AFFIRMED.**

**STATE OF ARIZONA, Plaintiff— Appellee,**

v.

**Neale E. SMITH, Defendant— Appellant.**

**No. 06–15059.**

United States Court of Appeals, Ninth Circuit.

Submitted March 6, 2006.*

Filed March 10, 2006.

Barbara E. La Wall, Esq., Pima County Attorney's Office, Tucson, AZ, for Plaintiff–Appellee.

Neale E. Smith, Tucson, AZ, pro se.

**Lee Max BARNETT, Petitioner— Appellant,**

v.

**Jill BROWN, Warden, Respondent— Appellee.**

**No. 05–15247.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 12, 2006.

Filed March 10, 2006.

Robert D. Bacon, Esq., Oakland, CA, Jennifer M. Corey, Esq., Federal Public

---

able for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.